DISTRICT OF OREGON
**F I L E D**
January 10, 2011
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

"Not applicable."

*Randall L. Dunn*
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Summit Accommodators, Inc., dba Summit 1031 Exchange,<br>        Debtor. | Case No. 08-37031-rld11 |
| Kevin D. Padrick, Trustee of the Summit Accommodators Liquidating Trust,<br>        Plaintiff,<br><br>v.<br><br>Stephanie Studebaker-DeYoung and Richard I. Gross,<br>        Defendants. | Adv. Proc. No. 09-03347-rld<br><br>**STIPULATED ORDER OF DISMISSAL** |

      Pursuant to a settlement agreement between plaintiff Kevin D. Padrick and defendant Richard I. Gross, counsel for Padrick and Gross stipulate to the dismissal with prejudice of Padrick's claims against Gross in this proceeding.

**Page 1 of 2 -** STIPULATED ORDER OF DISMISSAL

IT IS THEREFORE ORDERD that Padrick's claims against Gross are hereby dismissed with prejudice. This Order has no effect on Padrick's claims against defendant Stephanie Studebaker-DeYoung, on which a Default Judgment was entered on April 30, 2010.

###

IT IS SO STIPULATED:

| JORDAN SCHRADER RAMIS PC | TONKON TORP LLP |
|---|---|
| By /s/ Douglas P. Cushing<br>Douglas P. Cushing, OSB No. 700320<br>Telephone: (503) 598-7070<br><br>Attorneys for Defendant Richard Gross | By /s/ David S. Aman<br>Dan Skerritt OSB No. 681519<br>(Lead Attorney)<br>David S. Aman, OSB No. 962106<br>Caroline Harris Crowne OSB No. 021315<br>Telephone: (503) 221-1440<br><br>Attorneys for Plaintiff Kevin D. Padrick |

Page 2 of 2 - STIPULATED ORDER OF DISMISSAL

CERTIFICATE OF SERVICE

   I hereby certify that I served the foregoing **STIPULATED ORDER OF DISMISSAL** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below. In addition, I served the foregoing on the party indicated as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to the party's last known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

   DATED this 29th day of December 2010

        TONKON TORP LLP

        By  */s/ David S. Aman*
          Dan Skerritt OSB #681519 (Lead Attorney)
          David S. Aman, OSB #962106
          Caroline Harris Crowne OSB #021315
          888 S.W. Fifth Avenue, Suite 1600
          Portland, OR 97204-2099
          Telephone: 503-221-1440
          Facsimile: 503-274-8779
          E-mail:  dan.skerritt@tonkon.com
              david.aman@tonkon.com
              caroline.harris.crowne@tonkon.com
         Attorneys for Kevin D. Padrick, Trustee

# LIST OF INTERESTED PARTIES

*In re: Summit Accommodators, Inc. dba Summit 1031 Exchange*
*Padrick v. Studebaker-DeYoung and Gross*
U.S. Bankruptcy Court Adv. Proc. No. 09-03347-rld

## ECF Participants:

- DAVID S. AMAN   david.aman@tonkon.com, mary.costanzo@tonkon.com
- CAROLINE HARRIS CROWNE   caroline.harris.crowne@tonkon.com, bethany.reisberg@tonkon.com
- DOUGLAS P. CUSHING   doug.cushing@jordanschrader.com, deborah.soloway@jordanschrader.com, litparalegal@jordanschrader.com
- DANIEL H. SKERRITT   dan.skerritt@tonkon.com, candace.duncan@tonkon.com

## NON ECF PARTICIPANTS

Stephanie Studebaker-DeYoung
2441 NW Hosmer Lake Dr
Bend, OR  97701

034894/00009/2604767v1